No. 1859. EL PUEBLO, APELADO, v. SÁNCHEZ, APELANTE.—Adulteración de leche. Corte de Distrito de San Juan, Distrito Segundo. Resuelto en febrero 3, 1922. No apareciendo ni alegándose que la corte inferior cometiera error alguno, se confirma la sentencia.

No. 1861. EL PUEBLO, APELADO, v. GONZÁLEZ, APELANTE.—Corte de Distrito de San Juan. Acometimiento y agresión grave. No apareciendo de los autos que se haya cometido error fundamental alguno, se confirma la sentencia.

No. 1862. EL PUEBLO, APELADO, v. SOTO, APELANTE.—Corte de Distrito de San Juan, Distrito Segundo. Acometimiento y agresión con circunstancias agravantes. Resuelto en febrero 6, 1922. No apareciendo de los autos que se haya cometido error fundamental alguno, se confirma la sentencia.

No. 1866. EL PUEBLO, APELADO, v. RIVERA, APELANTE.—Corte de Distrito de Ponce. Infracción a la sección 61 de la ley de arbitrios. Resuelto en febrero 9, 1922. No apareciendo de los autos que se haya cometido error fundamental alguno, se confirma la sentencia.

No. 2580. RIVERA, APELANTE, APELADA, v. PONCE RAILWAY & LIGHT CO., APELANTE, APELADA. — Corte de Distrito de Ponce. Resuelto en febrero 9, 1922. . Vista la moción de desistimiento presentada por la demandante apelante y demandada apelante se tiene por desistidas a las dichas partes de sus respectivas apelaciones.